**Order entered December 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01355-CV

**DARRELL WATSON, Appellant**

**V.**

**MELODY HARDMAN AND DREW HARDMAN, Appellees**

**On Appeal from the County Court at Law No. 1
Kaufman County, Texas
Trial Court Cause No. 93392-CC**

## ORDER

We **GRANT** appellees' December 22, 2015 unopposed motion to extend deadline to file brief and **ORDER** the brief be filed no later than January 11, 2016.

/s/    CRAIG STODDART
         JUSTICE